No. 142　　　　　February 19, 2026　　　　　419

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of Z. W.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

K. M. W.,
*Appellant.*

Multnomah County Circuit Court
22JU04018;
Petition Number
114663;
A188326 (Control)

In the Matter of G. W.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

K. M. W.,
*Appellant.*

Multnomah County Circuit Court
22JU04019;
Petition Number
114663;
A188327

Maurisa R. Gates, Judge.

Submitted January 22, 2026.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Kyle Sessions Vazquez, Deputy Public Defender,

Oregon Public Defense Commission, filed the briefs for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Deputy Attorney General, and Erin K. Galli, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Egan, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. K. M. W.*, 344 Or App 628, ___ P3d ___ (2025); *Poet v. Thompson*, 208 Or App 442, 450, 144 P3d 1067 (2006).